**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6912**

ROY ALLEN THOMAS, JR.,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; T. RAY, Warden; T. ADAMS, Sgt.; G. CHILDRESS, Sgt.; SERGEANT DAY; SERGEANT FLEMING; MCMULLINS, Sergeant; OFFICER LAMBERT; OFFICER SMITH; GREERE, Officer; D. MCNIGHT, Food Services; HEALTH SERVICES DIRECTOR; WEBB, Officer; DIRECTOR OF DEPARTMENT OF CORRECTIONS; R. FLEMING, Major; NURSE ADAMS; NURSE MULLINS; SAM BOYD, Officer; FOOD SERVICES DIRECTOR; DR. WILLIAMS; GRIEVANCE DEPARTMENT; L. HALL, Officer; ASSISTANT UNIT MANAGER HORN, Officer; WARDEN ARMENTROUT, Assistant; MAILROOM STAFF,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-05-232-7)

Submitted: October 26, 2005        Decided: November 21, 2005

Before LUTTIG, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roy Allen Thomas, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy Allen Thomas, Jr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action, alleging deliberate indifference to medical needs, for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) (2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Thomas v. Virginia, No. CA-05-232-7 (W.D. Va. Apr. 22, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED